**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6555**

_____

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

   v.

CLAUDE SLOAN,

           Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00004-JPJ-1)

_____

Submitted:  September 22, 2022                    Decided:  September 27, 2022

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Claude Sloan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order denying his seventh motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record and finding no reversible error, we affirm the district court's order. *United States v. Sloan*, No. 2:18-cr-00004-JPJ-1 (W.D. Va. Apr. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*